15CV 7197 MKB

ATTENTION: <u>COURT CLERK</u>

Date: 1/6/16
Name: Jeanhine C. Washington
Docket/Indict #: 1-205-CV-07197
Charge: Federal Witness in Complaint

<u>US Eastern Fed.</u> Court of State of <u>New York</u>
<u>KINGS</u> County, Part: <u>Criminal</u>
Address: <u>225 Cadman Plaza East</u>
<u>Brooklyn, NY 11201</u>

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★  JAN 14 2016  ★

BROOKLYN OFFICE

<u>REQUEST FOR ORDER TO PRODUCE</u>

Dear Court Clerk:

I am presently detained at Rose M. Singer Center, 19-19 Hazen Street, East Elmhurst, NY 11370.

Please submit an "ORDER TO PRODUCE" upon this institution, so that I may be available to appear on the scheduled date.

I am also requesting that the court assign an attorney to represent me in this proceeding.

NOTIFY:  Michele Clifford, Warden
Rose M. Singer Center
19-19 Hazen Street
East Elmhurst, NY 11370

Respectfully,

_Jean C Wash_
Defendant
B & C #: 141151987
Rose M. Singer Center
19-19 Hazen Street
E. Elmhurst, NY 11370

Sworn to before me on this
14th day of January, 2016

_Audrey A. Jeffrey_
Notary Public or Commissioner of Deeds

Audrey A. Jeffrey BA JD
Notary Public, State of New York
No. 01JE6066330
Qualified in New York County
Commission Expires. Nov. 13, 20 17

Supreme Court State of New York
County of Kings Part: Misc ———X
In the matter of application for Order
to Produce of
Jeannine Campbell Washington
      Petitioner,
   - against -
RMSC, Supreme Court of Kings
County, Eastern District Federal
Court, Kings County Surrogates
Court, Kings County Medical
Examiner, Kingsbrook Jewish
Medical Center, M.Y.J Partners,
JNS Engineers, Big Apple Football
ass., et. al.   defendants. ———X

Affadavit in Support
of Order to Produce

Indictment # 10228-2015
Book & Case # 141511907
Federal Complaint #
1/2015-CV-07197
Supreme Court case #
17406-2014

   That upon service of said affadavit of Jeannine Campbell Washington all parties do hereby take notice to such acts of violations of Federal RICO ACT, US Constitution, US Justice Code, Penal Law, SCPA, I.R.S Codes, and Abandoned Property Laws. These same entities have as well blatantly disrupted and ignored Uniform Commercial Laws, and used several courts and actions to disrupt proper pursuit of justice.

   That on this 3rd day in Janaury in the year 2016 I depose and say that a Manadamus writ shall be enforced on all matters holding caption above by number, case, and enforcement by such CPLR 3404. That all matters before Kings County Supreme Court against Jeannine Campbell Washington shall forthwith be dismissed Due to such violations and acts against all descendants

If James Defreitas whom died June 2004 in County of Kings by witness of Jeannine Campbell Washington. Whose estate by force and coercion did so in fact was placed for reconciliation in Kings County Surrogate's Court bearing index number: 2468-2004 and then presided over by Honorable Micheal Feinberg and Clerk Chepiga. Both in which soon thereafter were disbarred on grounds of misappropiation and fraud against Claimants on grounds of legal malpractice. (Matter of Feinberg-08, Matter of Chepiga-08).

At such time of death, attorney in fact for decedant did so acknowledge only one guardian of property management for last known residence of decedant James Defreitas by letter submitted shortly after death that was recorded by Kings County Surrogate Clerk and placed within file 2468-2004 unbeknownst to Petitioner Jeannine Campbell Washington at no time was this known to her as cross petitioner and duly authorized power of attorney for sole distrubutee Jean Defreitas Campbell. That as guardian Articles 71, 78, 81 MHL did so give Jeannine Campbell such authority or standing to for accounting of principle assets sole authority to represent and administer assets for James Defreitas. Unbeknownst to Jeannine Campbell Washington was that Honorable Feinberg and Chepiga willing and against acts of Justice Code did so munipulate proceedings and paperwork of filings to assist legal representatives Joseph Ledwidge, and Peter Gray both esq to administer themselves to many and all assets, liberties, and property against Jeannine Campbell Washington, and Jean Defreitas Campbell, any and all future descendants of James Defreitas. Committing acts in violation of I.RS Codes,

TWO

Abadoned property laws, and Laws of escheated lands. With full knowledge to deny and disrupt rightful succession of assets by law. Disinheriting all concerned being descendants of James Defreitas.

That for these reasons after learning of such abuses of power, and acts against IRS codes of such petitioner did so, act within authority and extended and exceeded all proper venues for justice for all desceddants of James Defreitas. By means of UCC filing in July 2013 and interest bearing transfer solely of last known address of decedant James Defreitas being 633-35 Remsen Avenue, Broolely New York, 11236, Block: 4711 Lot: 10. That said property was turned to state as escheated lands with no heirs, and in midst of foreclosure due to M.Y.J Partners, JnS Engineering, Big Apple Football, et al. all in which being in violation of federal Rico Act had then in 2008 since disbarment of leader Micheal Feinberg had abadoned, stripped, and fleed prosecution by abadoning property 633-35 Remsen Avenue, Brodclyn, NY, 11236. Leaving property in foreclosure standing and had not been an intervention of Jeannine Campbell it would have escheated again to the state of New York when there was and is a heir to take possesion by laws of the state of new york.

That the said act of grand larceny and incarceration of "guardian of property management" was and is a injustice and a abuse of power by self pronounced co-administrators, Peter Gray and Joseph Ledwidge Esq. to cover up legal malpractice and to censor Jeannine Campbell Washington

from further pursuit of justice within statues of limitation.

That upon knowledge by review of such guardian a manadamus action is required for NY Constitution Article VI subsection 12 NYCLS, and SCPA 201, SCPA 2211 and Penal law 125.10 to place all acquistions in dispute to be placed with proper authority of Surrogates Court as previously attempted by petitioner in case number 2468/a-2004 in may of 2015 before Honorable Diana Johnson. That by representing themselves as injured parties and not disclosing to Supreme Court of relationship said property "so-called" stolen was in relation to a decedant James Defreitas, in which accounting proceedings had began and that administrators fail to convey how such property had been initially conveyed and abused outside of the estate of decedant James Defreitas. Leaving it in sole jurisdiction of Kings County Surrogates Court before Honorable Diana Johnson.

That petitioner deposes and says the precedant in case before Supreme Court that petitioner did so use abuse of power in landlord and tenant court case 81946-2014 before Kings County Housing Court. This allegation made to encite a grand larceny charge is abusive due to the fact no crimes were committed against tenants and proper service w/ no harrasment was committed at any time while case was and is still pending. That by allowing tenants of said case to continue to violate Federal RICO act and IRS codes is a injustice to the State of New York and the Federal government by means of IRS violations.

That petitioner deposes and says that said deed

in question" or made for interest not ownership. That said interest is allowed by Abadoned property Laws and Escheated lands law. That legal malpractice is claimed and then executed by judicial authority in proof of filings in lower courts by case number 17406-2014 and then in 2468/a-2004 when Peter Bray, ESQ and Joseph Ledwidge ESQ. both renounced, and accounted for nothing, recused themselves, and future violated laws of Banking by disposing of records of transfers over 10,000.00 in estate matters. That "so-called" administrators admitted to illegally administering a black law accounting and then disposing of such without closing the estate of decedant James Defreitas.

That petitioner deposes and says that said proper venue dealing with an estate of decedant fall under SCPA 2104 NYCLS. That all further representations of fraud by 173 Misc. 2d 883 of Peter Gray ESQ and Marilyn Paula Fernadez and Gamal Hussien & "Maurice Fernandez" are due to voidable marriage and shall no longer exist in administration or process in any actions against descendants of the estate of James Defreitas. That all monies plus interest shall be Returned to the Surrogates Court and then returned to the estate of James Defreitas. That by FCA-580-201 bears standing of child support aggreement of infant child Jean Defreitas full principle over any distribution of assets. That Marilyn Paula Fernandez did so witness deed of trust of James and Jean Defreitas after marriage of convience which beared no consummation ever and was a marriage to the benefit for Marilyn Paula Fernandez to recieve citizenship in US which

PAGE FIVE

Afterwards she left and abandoned decedant in elder age to live common law with another man she then produced a child out of wedlock "Linda" Defreitas bearing no known heritage of a defreitas. That unbeknowst to petitioner a case of murder due to motive of financial gain exceeding 1 million dollars shall be considered for all parties who contributed to the hospitilization and DNR request by wife of decedant James Defreitas. That Kingsbrook Jewish Medical Center did so contribute in this act by personal insertion of ambulette service taking decedant to there facility when all previous hospilization was at Brookdale Hospital were next-of kin was only and always daughter or granddaughter petitioner and distrubuted. All events that followed adhered to murder in the first degree of decedant James Defreitas and to rob the estate and descendants of Social Security, IRS payments, etc.

That petitioner deposes and says that Rescinding the sale contract of 633-35 Remsen Avenue to MYJ is within jurisdiction of Surrogates Court due to blatant fraud by false impersonation of Maurice fernandez son of Marilyn Paula Fernandez. As well as acts of sexual assault of minors by Maurice Fernandez "Gamal Hussien" injured parties in book and case # 141511907 of Jeannine Campbell Washington whom is niece by voidable marriage of decedant James Defreitas.

Wherefore Petitioner prays that by grounds of CPLR 3404, SCPA 2211, and Article VI §12 that all charges of misconduct by Jeannine Campbell Washington be dismissed and proper venue be

instigated by law. All monies be returned and made payable immediately due. All crimes be pursued by law and no future prejudice be bestowed upon and descendants of James Defreitas. That petitioner be delivered ~~[redacted]~~ to a venue to promptly handle any and all injustice that hinders her from liberty and freedom currently witheld. By speedy trial by US Constitution.

State of New York
County of Queens

Jeannine Campbell Washington, the above named petitioner, being duly sworn, says that the contents of the foregoing petition are well known to him, and that the same is true to his own knowledge, except as to the matters therein stated on information and belief, and to those matters he believes to be true.

_____
Jeannine C. Washington, Petitioner

Sworn to before me this
6th day of January, 2016

_____
Notary Public

Audrey A. Jeffrey BA JD
Notary Public, State of New York
No. 01JE6066330
Qualified in New York County
Commission Expires Nov. 13, 2017

PAGE SEVEN

cc:
Clerk of Court
Supreme Court Kings County
320 Jay Street
Brooklyn, NY 11201

cc:
District Attorney c/o
Kenneth Thompson
350 Jay Street
Brooklyn, NY 11201

cc: Michelle Clifford
Rose M. Singer Correctional
19-19 Hazen Street
East Elmhurst, NY 11370

cc: Loretta Lynch US District Att.
US Eastern District Fed. Court
225 Cadman Plaza East
Brooklyn, NY 11201

cc: Patrick Garcia
24 Court Street st. 2410
Brooklyn, NY 11242

cc: Katryn Murray c/o Legal Aid Soc.
111 Livingston Street
Brooklyn, NY 11201

cc: Kings County Surrogates Court
c/o Honorable Diana Johnson
336 Adams Street
Brooklyn, New York

cc: Brooklyn Bar Association

Sworn to before me this
16th day of January, 2016

Audrey A. Jeffrey
Notary Public

Audrey A. Jeffrey BA JD
Notary Public, State of New York
No. 01JE6066330
Qualified in New York County
Commission Expires. Nov. 13, 2017

Jeannine C Washington
Petitioner

Jeannine Campbell Washington
Petitioner Print

1411511907 / RMSC
Book & Case Number / Facility

PAGE EIGHT

SUPREME COURT STATE OF NEW YORK
COUNTY OF KINGS

---

In the Matter of Application of Petition for Writ of

Jeannine Campbell Washington            Habeas Corpus
Petitioner

Index No. 10228-2015
Fed. #1-CV-2015-07917

-against-

US Eastern District Federal Court,
Supreme Court Kings County,
Kings County Surrogate Court, RMSC
Respondent

TO THE SUPREME COURT OF THE STATE OF NEW YORK:

1. That Jeannine C Washington, the petitioner, makes application herein on his own for a Writ of Habeas. That the place where said ~~release~~ petitioner is imprisoned and restrained of liberty, is ROSE M. SINGER CORRECTIONAL in the City of EAST ELMHURST, County of QUEENS, State of New York. That the officer by whom petitioner is so detained is Michelle Clifford.

2. That the imprisonment and restraint of said petitioner is by virtue of a mandate, a copy of which is hereto annexed and marked "Exhibit A." That the cause of pretense of detention of said petitioner, according to the best knowledge and belief of petitioner is 155.40 Grand Larceny

4. That a court or judge of the United States does not have exclusive jurisdiction to order the said _Jeannine Campbell Washington_ released.

5. That the detention of said _petitioner_ is illegal in that _Affadavit attached - 7020-20 CPL, SCA 40, SCPA 201, CPLR 3404. That Surrogates Court hold full jurisidration in matters of decedant property. That petitioner is federal witness in 1-2015-CV-07197 with Federal IRS and RICO implications leaving her unsafe in custody at RMSC._

6. That no previous application has been made for the Writ herein.

7. That no appeal has been taken from any order or judgment in any action or proceeding against said _petitioner_, whereby petitioner has been imprisoned or restrained of his liberty.

WHEREFORE, petitioner prays that a Writ of Habeas Corpus directed to said _warden of RMSC_ issue requiring the production of _Jeannine L Washington_ before the court for the purpose of inquiring into the cause of the imprisonment and restraint of said _petitioner_ and of delivering petitioner therefrom, pursuant to the statute in such case made and provided.

_[signature]_
Petitioner

2

State of New York

County of Queens

Jeannine C. Washington, The above named petitioner, being duly sworn, says that the contents of the foregoing petition are well known to him, and that the same is true to his own knowledge, except as to the matters therein stated on information and belief, and to those matters he believes is to be true.

_____
Jeannine C. Washington
Petitioner

Sworn to before me this 6th

Day of January, 2016

_____
Notary Public

Audrey A. Jeffrey BA JD
Notary Public, State of New York
No. 01JE6066330
Qualified in New York County
Commission Expires Nov. 13, 2017

3

Supreme Court of New York State
County of King
_____X
In the matter of application for Writ
  of Habeas
Jeannine Campbell Washington
                    Petitioner,

  - against -

Rose M. Singer Correctional, Supreme
Court of New York State, Eastern
District Federal Court, Kenneth
Thompson, Loretta Lynch  respondents
_____X

Affadavit in Support
of Writ of Habeas
Corpus

Federal #1-CV-2015-07197

Sirs: To all the above captioned respondents,

That, Jeannine Campbell Washington, does hereby depose and say that I make this affadavit in support of an application of Habeas Corpus a writ therein and a manadamus motion to take precedent on said case bearing indictment number # 10228-2015, for the Kings County Supreme Court. That due to CPLR 3404, and SCA 40. I am respectfully asking that my Title 18 USC 83161 (w)(2) rights are preserved that I recieve a speedy trial in such application of law. I am detained for against my freedom and liberty.

Due to the abundance of law and circumstance, I, Jeannine Campbell Washington, deposes and says that I am a lamen to law but am prepared to produce diligent facts of law to represent my undisputed innocence in all matters that adhere me from liberty and freedom. That, due to Rule 410 Federal Rules of Evidence I would like all and any evidence obtained by NYC Sheriff's Office to be suppressed on grounds of entrapment and missing

PAGE ONE

and loosely transcribed facts contained therein to be of malicious and harmful that I am unable to recieve a fair trial. That any and all statements to NYC Sheriff was made in substance of helping to prosecute several parties of Enterprise Corruption on grounds of RICO ACT.

That, petitioner, deposes and says that at no time during interview at Burger King on Church avenue in company of several agents of NYC Sheriff and my brother Vernell Quashie. did NYC Sheriff Johnathon Saat ever make mention to using my statement to prosecute me. That, he did state he was looking in several deed transfers from the Estate of James Defreitas. That, petitioner willingly turned over evidence to support her position as guardian of property management of all properties therein. As a civil servant and a private investigator elected using instruments as facts of statements obtained by false statements should be suppressed and removed from record.

That, petitioner, deposes and states that NYC Sheriff and Legal Aid Society did both denie me a chance of a peaceful surrender as discussed as well as 192 MISC 753 shall hold prepondence in said venue while a heir exists. That my lien on attornies of the Estate and property bears an interest of claim in which my deed of question clearly states. That Article 3 CRL §22 shall hold precedent where a Queens sheriff arrested me in Kings County Family Court without assistance of Brooklyn NYPD. That using a notice of entry given to Peter Gray Esq, and MYJ Partners without an equitable time for a appeal violates Articles 3 CRL §23 where no civil action can cause a arrest. That writ of ne exeat is abolished by all mwers so shall all charges be abolished

7

That petitioner deposes and says under Rule 16 ¶76-76 false statements by NYC Sheriff Johnathon Saat are punishable violations of law. That using slander and unrecognizable acts, crimes said to be used by petitioner, the NYC Sheriff secured an unreasonable bail for in amounts exceeding feasible standards to secure seizure of property, legal work, papers, and possesions of petitioner needed to secure her innocence and to rob her of effective defense against any and all claims.

That, petitioner, deposes and says the Legal Aid Society did so neglectfully secure a radical indictment for the Kings County DA by denying petitioner her Sixth Amendment right to effective counsel. By representing there interests first on the forum of Family Court by means of there representing my infant child. That knowingly representing me at Grand Jury well knowing such facts that they were unable to give me a impartial defense is enough to proceed with a Article 78 proceedings for indictment #10228-2015. That said Kathryn Murray only wanted to secure a claim of mental illness for counsel in Family Court case while respectfully ignoring my claims and innocence therefore, securing a invalid, malicious verdict of guilty.

Wherefore, petitioner, prays that all parties take a manadamus motion in effect dismissing my indictment, returning my liberty, and/or returning justice to the rightfully wronged. Granting petitioner immediate release from ROSE M. SINGER CORRECTIONAL FACILITY while all facts therein are considered on a basis of justice, liberty, and pursuit of freedom.

Wherefore petitioner prays that EDTL ILLINOIS be considered as a standing for injured parties MYJ Partners and SRG-REM LLC both entities of Peter Gray ESQ. counsel for Marilyn Paula Fernandez and Co-administrator to the Estate of decedant. Making such application to the Supreme Court fraudulent and malicious to disguise a crime against a heir of a decedant. As well as his participation in all other lower courts to devert prosecution of federal crimes. Hindering a valid Federal investigation. That petitioner, prays, that the sale contract of MYJ Partners is rescinded due to fraud by a fiduciary. That all parties claimed to be injured are to be related to the Warm's adjustment for all monies owed to any injured parties. That petitioner, prays that all parties injured consider the legal liability that falls upon continuing to prosecute a black women with no prior convictions and mother of five juvenile children.

Wherefore, petitioner, prays that this court acknowledges all statements therein and applies liberal law and liberty while deciding the fate of a women only seeking retribution and the pursuit of happiness.

State of New York, County of Kings

Jeannine C. Washington, The above named petitioner, being duly sworn, says that the contents of the foregoing petition of are well known to him, and that the same is true to his own knowledge, except as to matters therein stated on information and belief, and to those matters he believes to be true.

_C. Washington_
Petitioner  Date: 1/6/16

Sworn to before me this 16th of January, 2016.

_Audrey A. Jeffrey_
Notary Public

Audrey A. Jeffrey BA JD
Notary Public, State of New York
No. 01JE6066330
Qualified in New York County
Commission Expires Nov. 13, 2017

PAGE FOUR

Clerk of Court
US Eastern District Federal Court
c/o Loretta Lynch
225 Cadman Plaza East
Brooklyn, N.Y 11201

Jeannine C. Wash
19-19 Hazen Street RMSC
East Elmhurst, NY 11370